# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE MORALES-IBARRA,<br><br>Defendant. | Case No. 20-CR-0579-AJB<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the Motion of the United States to Dismiss the Indictment in this case, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment Without Prejudice is GRANTED and the Indictment in Case Number 20-CR-0579-AJB shall be dismissed without prejudice.

DATED: September 28, 2021

_____
HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE